

## UNITED STATES DISTRICT COURT
### District of New Mexico

United States Courthouse
333 Lomas Boulevard N.W., Suite 610
Albuquerque, New Mexico 87102

**William P. Johnson**
District Judge

October 4, 2004

Telephone: (505)348-2330
Facsimile: (505)348-2335

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     *Calendar Year 2003 Financial Disclosure Report*

Dear Judge Lisi:

This letter and the enclosed three copies constitute my response to the Committee's letter dated August 3, 2004 concerning my calendar year 2003 Financial Disclosure Report.

In the third paragraph of the August 3, 2004 letter, you made inquiry about "At Home (ATHM) common stock" and "Agere Systems, Inc, common stock". With respect to the At Home common stock, the company filed for bankruptcy protection and according to a Notice I received in November of 2002, the confirmed Chapter 11 plan of reorganization provided that no funds were available for distribution to security holders and all stock certificates were canceled and deemed valueless. As for the Agere Systems, Inc. common stock, those shares were sold in April of 2003; however, the sales proceeds were less than the minimum threshold reporting requirement established by Section 102(a)(5).

In the second paragraph of the August 3, 2004 letter, reference is made to a number of assets listed in the 2002 report but not listed in the 2003 report. With the exception of At Home and Agere discussed above, all other assets referenced in the second paragraph were disclosed in the 2003 Financial Disclosure Report.

Please let me know if the committee needs any additional information or if there is anything further I need to do.



William P. Joh
WPJ:mg
Enclosures

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Johnson, William P | 2. Court or Organization<br><br>District Court - New Mexico | 3. Date of Report<br><br>3/14/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>U.S. District Court<br>333 Lomas Blvd. NW, #610<br>Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**    - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

FINANCIAL DISCLOSURE OFFICE    RECEIVED MAY 21 11 16 AM '04

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**    - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1.    2003 | NM State Employees Pension Fund; pension at age 64; no control |



# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br><br>Johnson, William P | Date of Report<br><br>3/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | State of New Mexico |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Johnson, William P | 3/14/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MBNA | credit card | J |
| 2. | Pioneer Bank | 1st and 2nd mortgage on Rental Prop. #1, Roswell, NM | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 3/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Prop. #1, Roswell, NM (appraisal: February 1996) | D | Rent | M | Q | | | | | |
| 2. Brokerage Account | | | | | | | | | |
| 3. IBM common stock | A | Dividend | J | T | | | | | |
| 4. Micron Tech., com stock | | None | J | T | buy | 11/03 | J | | |
| 5. Merrill Lynch Banking Advantage | A | Dividend | J | T | | | | | |
| 6. Merrill Lynch IRA | | | | | | | | | |
| 7. Merrill Lynch Bank USA | A | Dividend | J | T | | | | | |
| 8. Amazon, Inc. common stock | | None | J | T | | | | | |
| 9. AOL Time Warner, com stock | | None | J | T | | | | | |
| 10. AT&T Wireless, com stock | | None | J | T | | | | | |
| 11. AT&T Corp., com stock | A | Dividend | J | T | sell | 4/03 | J | | |
| 12. Atmel Corp., com stock | | None | J | T | sell | 4/03 | J | | |
| 13. Agere Systems, com stock | | None | J | T | sell | 4/03 | J | | |
| 14. Apache Corp. common stock | A | Dividend | J | T | buy | 6/03 | J | | |
| 15. Biogen Inc., com stock | | None | J | T | sell | 8/03 | J | | |
| 16. Comcast Corp. common stock | | None | J | T | buy | 8/03 | J | | |
| 17. Conocophillips common stock | A | Dividend | J | T | | | | | |
| 18. Cisco Systems common stock | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 3/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dell Computer common stock | | None | J | T | sell | 4/03 | J | | |
| 20. EMC Corp. common stock | | None | J | T | | | | | |
| 21. El Paso Corp. common stock | | None | J | T | sell | 12/03 | J | | |
| 22. Exxon Mob., com stock | A | Dividend | J | T | buy | 8/23 | J | | |
| 23. Intel Corp. common stock | A | Dividend | J | T | | | | | |
| 24. Gen. Electric, com stock | A | Dividend | J | T | buy | 5/16 | J | | |
| 25. Merryll Lynch common stock | A | Dividend | J | T | sell | 4/03 | J | | |
| 26. Microsoft Corp. common stock | | None | J | T | | | | | |
| 27. Motorola common stock | | None | J | T | | | | | |
| 28. Network Assoc. common stock | | None | J | T | sell | 4/03 | J | | |
| 29. Nokia Corp. common stock | | None | J | T | | | | | |
| 30. Oracle Corp. common stock | | None | J | T | buy | 12/03 | J | | |
| 31. Pfizer Corp., com stock | A | Dividend | J | T | buy | 4/03 | J | | |
| 32. Sun Microsystems com stock | | None | J | T | | | | | |
| 33. Teradyne Inc. common stock | | None | J | T | sell | 8/03 | J | | |
| 34. Walmart common stock | A | Dividend | J | T | | | | | |
| 35. Williams Companies com stock | A | Dividend | J | T | | | | | |
| 36. Nuveen Ritten Growth Fund | A | Dividend | J | T | sell | 12/03 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
    (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
    (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
    (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 3/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Pacific Cent. (PCWKF) foreign stock | | None | J | T | sell | 4/03 | J | | |
| 38. LM Ericsson Tel. American Depository Receipt | | None | J | T | sell | 2002 | J | | |
| 39. Custodial Account #1 | | | | | | | | | |
| 40. American Century Select Fund | A | Dividend | J | T | | | | | |
| 41. Custodial Account #2 | | | | | | | | | |
| 42. American Century Select Fund | A | Dividend | J | T | | | | | |
| 43. Custodial Account #3 | | | | | | | | | |
| 44. Paine Webber zero coup. Bond | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Johnson, William P | 3/14/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Comments concern stocks held in Merrill Lynch IRA, Part VII, Investments and Trusts.

Apache Corp.: Apache stock was owned prior to 1/1/03 and additional Apache stock was bought in 2003.

Comcast Corp.: Comcast stock was owned prior to 1/1/03 and additional Comcast stock was bought in 2003.

Dell Computer: Dell stock was owned prior to 1/1/03 and some of the Dell stock was sold in 2003.

Oracle Corp.: Oracle stock was owned prior to 1/1/03 and additional Oracle stock was bought in 2003.

LM Erickson: LM Erickson stock was sold in second half of 2002, although sales transaction slip cannot be located.  The sale of the LM Erickson stock was accidentally omitted from the FDR form for calendar year 2002 dated 5/28/03.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Johnson, William P | 3/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu████████████                     Date  5/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544